BRETT A. SHUMATE
Assistant Attorney General
JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch
KENTON MCINTOSH (DCBN 1656705)
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-3768
Fax: 202-307-0054
Kenton.McIntosh@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>DONALD M. WANLAND JR., et al.,<br><br>Defendants. | Case No. 2:26-cv-03010-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT** |

Plaintiff the United States of America and defendants the El Dorado County Treasurer-Tax Collector, Rocket Mortgage, LLC, and the California Franchise Tax Board stipulate and agree as follows:

1. Paragraph 3 of the Court's Initial Scheduling Order (ECF No. 2) directs the parties to file a joint status report addressing the relevant portions of Local Rule 240(a) within thirty days of the filing of an answer to the complaint. The El Dorado County Treasurer-Tax Collector filed its answer on October 7, 2026, which makes the report due November 6, 2026.

2. Five defendants have not yet appeared, and their time to respond to the First Amended Complaint has not run.

3. Defendants Donald M. Wanland, Jr. and Best Legal Support Team LLC executed waivers of service on September 23, 2026, in response to requests sent that day. Their responses are due on or about November 22, 2026, under Rule 4(d)(3).

4. Defendant Georgia Wanland executed a waiver of service on September 29, 2026, in response to a request sent September 25, 2026. Her response is due on or about November 24, 2026.

5. Defendant Victoria Zeldag executed a waiver of service on October 21, 2026, in response to a request sent September 30, 2026. Her response is due on or about November 30, 2026.

6. Defendant Lake Forest-Summit Owners Association was served on October 8, 2026. The United States has agreed to an extension of time to respond to November 30, 2026.

7. The parties cannot meaningfully address the subjects of Local Rule 240(a)—including the scope and timing of discovery, contemplated motions, the prospects for settlement, and a trial estimate—without the participation of the defendants who hold or claim interests in the real property that is the subject of this action.

8. The parties therefore stipulate, and respectfully request that the Court order, that the joint status report required by paragraph 3 of the Initial Scheduling Order be due on or before January 8, 2027.

9. Should a motion under Rule 12 be pending as of that date, the parties will promptly seek further relief from the Court.

10. No party has previously sought an extension of this deadline.

IT IS SO STIPULATED.

Dated November 2, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Kenton McIntosh*
KENTON MCINTOSH
Trial Attorney, Tax Litigation Branch

*Attorneys for the United States*

***

Rob Bonta
Attorney General of California
Lisa W. Chao
Supervising Deputy Attorney General

*/s/ Douglas J. Beteta*
DOUGLAS J. BETETA
Deputy Attorney General

*Attorneys for Franchise Tax Board*

***

DAVID A. LIVINGSTON
COUNTY COUNSEL

*/s/ Janeth Delacruz San Pedro*
JANETH DELACRUZ SAN PEDRO

*Attorneys for El Dorado County Treasurer-Tax Collector*

***

TROUTMAN PEPPER LOCKE LLP

*/s/ Andrea M. Hicks*
ANDREA M. HICKS

*Attorneys for Rocket Mortgage, LLC*

**~~[PROPOSED]~~ ORDER**

Good cause appearing, the joint status report required by paragraph 3 of the Initial Scheduling Order (ECF No. 2) shall be filed on or before January 8, 2027.

Dated: November 3, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 usa26cv3010.stip.eot